

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00773-CV

Stephen S. **STOKWITZ,**
Appellant

v.

Marcus **TINAJERO**, Charles P. Jones and Linda Tinajero Jones,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 18-05-0464-CVA
Honorable Lynn Ellison, Judge Presiding

## O R D E R

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due by March 4, 2020. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court